

# HAMRA LAW GROUP, PC.

1 LINDEN PLACE, STE. 207, GREAT NECK, NY 11021
WEB: WWW.HAMRALAWGROUP.COM

KEVIN JOHNSON, ESQ..  T: 646.590.0571
KJOHNSON@HAMRALAWGROUP.COM  F: 646.619.4012

March 2, 2022

> The parties are hereby ORDERED to file a joint status update by April 1, 2022.
>
> The Clerk of Court is respectfully directed to file this on the dockets of both case 21-cv-8748 and related case 21-cv-9123.
>
> 3/3/22
>
> SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

**VIA ECF:**
Hon. Judge Lewis J. Liman
US District Court – SDNY
500 Pearl Street
New York, NY 10007

**RE:**  *Ortega Ortega et al v. Slernitani LTD, et al*
Case No. 1:21-cv-08748 (Related Case 1:21-cv-09123-LJL)

### JOINT STATUS LETTER

To Your Honor:

    This office represents Defendants in the above related action. We write jointly with Plaintiff's counsel in accordance with the Court's order for a status report.

    At this time, the Parties have selected a mediator and are prepared to attend the same on March 17, 2022, which was adjourned from February 24, 2022. Counsel for both sides have engagedin preliminary settlement discussions ahead of mediation, with a damages calculations having been exchanged. The Parties continue to exchange relevant documents of claims and defenses in anticipation of the mediation and have had preliminary meetings with the mediator assigned in this case.

    The Parties thank the Court for its time and attention to this matter.

Sincerely,

*Kevin Johnson*
Kevin Johnson, Esq.

CC VIA EMAIL/ECF:
Peter Hans Cooper, Esq.
pcooper@jcpclaw.com