UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELINO MENDOZA ORTEGA, on behalf of himself, and other similarly situated employees, | Case No.: 21 cv 9123 (LJL)(SDA) |
| Plaintiff, | **proposed RULE 68** |
| -against- | **JUDGMENT** |
| CAMPANIA FELIX LLC, doing business as SAN MATTEO PIZZERIA E CUCINA, located at 1559 Second Avenue, New York, NY 10028; and FABIO CASELLA and CIRO CASELLA, individually, | |
| Defendants. | |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Campania Felix LLC, Fabio Casella and Ciro Casella, (collectively, "Defendants"), having offered to allow Plaintiff Marcelino Mendoza Ortega ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 17, 2023, and filed as Exhibit "A" to Docket Number 39;

**WHEREAS**, on January 18, 2023, Plaintiff's attorneys having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Docket 39);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of ten thousand dollars ($10,000.00), and the clerk is directed to close the case.

Dated: New York, New York
January 24, 2023

_____, D.J.